**Opinion issued March 13, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-14-00040-CV**

———————————

**DAVID E. KAUP, Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION AND GLOBAL SECURITY CONSULTING, GLOBAL SECURITY ASSOCIATES, Appellees**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1031862**

---

**MEMORANDUM OPINION**

Appellant, David E. Kaup, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of

Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 35.3(a)(2), 37.3(b).

On February 3, 2014, we affirmed the trial court's order sustaining the county clerk's contest to appellant's affidavit of indigence. Because appellant had not established indigence, the Court ordered appellant to pay one-half of the filing fee to this Court no later than February 13, 2014. *See* TEX. R. APP. P. 5. The Court ordered appellant to pay the other one-half of the filing fee to this Court no later than March 5, 2014. *See id.* Appellant was notified that failure to comply with this Court's order would result in dismissal of the appeal. *See* TEX. R. APP. P. 42.3(c). Appellant did not comply with the order and has not paid the required fees.

On February 3, 2014, the Court also ordered appellant to file with this Court written evidence from the trial court clerk showing that appellant has paid or made arrangements to pay for the preparation of the clerk's record by March 5, 2014. *See* TEX. R. APP. P. 35.3(a)(2), 37.3(b). The Court notified appellant that failure to comply with the Court's order would result in dismissal of the appeal. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). Appellant did not comply with the Court's order and

has not paid or made arrangements to pay the fee for preparing the clerk's record.[1]

*See* TEX. R. APP. P. 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

---

[1] On February 11, 2014, the trial court clerk filed a second copy of the clerk's record on indigence, which had previously been filed with this Court on January 27, 2014. This record does not comply with Texas Rule of Appellate Procedure 34.5 and, therefore, is not sufficient to comply with this Court's February 3, 2014 order. *See* TEX. R. APP. P. 34.5(a) (detailing required contents of clerk's record). Further, appellant has provided no written evidence from the trial court clerk showing that appellant has paid or made arrangements to pay for the preparation of the clerk's record, as required.